IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN MAURICE BIRDINE, ) | |
| ) | 8:04cv202 |
| Plaintiff, ) | |
| ) | |
| vs. ) | AMENDMENT TO |
| ) | PROGRESSION ORDER |
| DOUGLAS COUNTY CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on filing no. 55, the defendant's second Motion to Extend Progression Order Deadlines.  The defendant requests an extension of 60 days for filing dispositive motions and for taking depositions. **Although this will be the last extension**, filing no. 55 is granted.  Accordingly, the deadlines established in filing nos. 21 and 52 are further extended as follows:

Deposition Deadline:   **May 30, 2005.**

Deadline for Motions for Summary Judgment:   **June 14, 2005.**

Pretrial Conference:  Because the plaintiff is presently incarcerated, the issues concerning the pretrial conference shall be handled in writing rather than by an in-person conference. Derek R. Vaughn will have the primary responsibility for drafting the Order on Final Pretrial Conference.  The order should be drafted and submitted to the plaintiff and to any other defendants by no later than **September 16, 2005.**  The other parties are instructed to provide additions and/or proposed deletions to Derek R. Vaughn on or before **October 3, 2005.**  Derek R. Vaughn shall submit a proposed Order on Final Pretrial Conference to the court on or before **October 14, 2005.**  If a party proposes an addition or deletion which is not agreed to by all the other parties, that fact should be noted in the text of the document.

SO ORDERED.

DATED this 21st day of April, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge