IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN MAURICE BIRDINE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv202 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| U.S. FEDERAL GOVERNMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 60, a pleading which has been docketed as a Motion to Compel Discovery filed by the plaintiff, Kevin Maurice Birdine, a prisoner. The plaintiff states that he has served discovery requests on counsel for defendant-Douglas County, but the defendant's attorney has not produced the requested material. In response to the plaintiff's motion, the defendant shall have until May 17, 2005 to notify the court that the requested documents *have been* provided to the plaintiff before that date or to show cause in writing filed with the court why the documents have not been produced.

SO ORDERED.

DATED this 9th day of May, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge