IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN MAURICE BIRDINE, ) | |
| ) | 8:04CV0202 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| U.S. FEDERAL GOVERNMENT, et al., ) | |
| ) | |
| Defendants. ) | |

    This matter is before the court on filing no. 62, the motion for an extension of time, filed by the defendant. The defendant requests an extension of time in which to answer and respond to the plaintiff's discovery request. Upon review of the record, I will grant this motion. Filing no. 62 is granted and the defendant, Douglas County Corrections, will have until May 31, 2005 to respond to the plaintiff's discovery request.

    SO ORDERED.

    DATED this 16th day of May, 2005.

                                             BY THE COURT:

                                             s/F.A. GOSSETT
                                             United States Magistrate Judge